UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT CO., LLC, | ) |
| Plaintiff, | ) |
| vs. | )  Case No. 4:16 CV 1930 RWS |
| RANDAL BLOUNT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of the "joint case management order" filed by the parties on April 1, 2017. This filing does not comply with my Rule 16 Order [13] because it does not propose any actual dates other than the initial disclosure deadline. The parties need to file a joint proposed scheduling plan which provides suggested dates for all relevant deadlines, including a proposed trial date, as required by my Rule 16 Order.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a supplemental joint proposed scheduling plan in compliance with this and my earlier Rule 16 Order by no later than noon on **April 5, 2017**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2017.